The undersigned have reviewed the Order as well as the Form 44 and the statement submitted by plaintiff and have entertained oral argument in the matter. Plaintiff contends in his Form 44 as well as in his oral argument that he never received notice of the initial hearing and thus this was the reasonable cause of his failure to appear.
The undersigned find his explanation reasonable, credible, and convincing, and are of the opinion that the June 17 1994, order of dismissal should be, and is HEREBY VACATED.
Accordingly, the case is HEREBY REMANDED to the Deputy Commissioner hearing docket for initial hearing on the merits and presentation of evidence before a Deputy Commissioner.
This the _____ day of ___________________________, 1993.
 S/ ________________________ J. HOWARD BUNN, JR. CHAIRMAN
CONCURRING:
S/ ________________________ SCOTT M. TAYLOR DEPUTY COMMISSIONER
S/ ________________________ J. RANDOLPH WARD COMMISSIONER
JHB/nwm 11/23/94